IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:11-CR-86-1H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ERIC CAMARENA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court *sua sponte* for purposes of resetting Defendant's detention hearing. The detention hearing is hereby reset for **Tuesday, August 23, 2011, at 2:00 p.m.** in the 5th Floor Courtroom of the Terry Sanford Federal Building in Raleigh, North Carolina.

This the 22nd day of August, 2011.

DAVID W. DANIEL
United States Magistrate Judge