UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:11-CR-86-1H(2)

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ERIC PAUL LOPEZ CAMARENA | ORDER |

THIS CAUSE is before the Court on Defendant's Motion for Authorization for a Spanish Interpreter's fee up to $~~1,600.00~~ 1,200.00 DwD. Such funds are specifically authorized by the Criminal Justice Act. This motion is GRANTED and expenses are reimbursed in accordance with the U.S. Government rate for mileage and per diem.

So ORDERED, the 22nd day of September, 2011.

DAVID W. DANIEL
UNITED STATES MAGISTRATE JUDGE

1